IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00204-BNB

DR. ROY J. MAIN,

     Applicant,

v.

WARDEN PAMELA PLUGHE,
CASE MANAGER HANEY, and
ATTORNEY GENERAL'S OFFICE,

     Respondents.

_____

ORDER OF DISMISSAL

_____

Applicant initiated this action by filing *pro se* an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2241.  On February 21, 2012, Magistrate Judge Boyd

N. Boland entered an order directing Applicant to file an amended application that raises

only habeas corpus claims and that provides a clear statement of the habeas corpus

claims being asserted.  Applicant was warned that the action would be dismissed

without further notice if he failed to file an amended application within thirty days.

Applicant has failed to file an amended application within the time allowed and he

has failed to respond in any way to Magistrate Judge Boland's February 21 order.

Therefore, the action will be dismissed without prejudice for failure to comply with a

court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith and therefore *in forma pauperis*

status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369

U.S. 438 (1962).  If Applicant files a notice of appeal he also must pay the full $455

appellate filing fee or file a motion to proceed *in forma pauperis* in the United States

Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App.

P. 24.  Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is

dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure because Applicant failed to comply with a court order.  It is

FURTHER ORDERED that no certificate of appealability will issue because

Applicant has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

denied.

DATED at Denver, Colorado, this __2nd__ day of ___April_____, 2012.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court